UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 25-cv-80739-MATTHEWMAN

ALBERT SHEELER,

    Plaintiff,

v.

NOBRAINERWAGERS, LLC, et al.,

    Defendants.
_____/

## ORDER OF INSTRUCTIONS TO PRO SE LITIGANTS

Plaintiff Albert Sheeler ("Plaintiff") is proceeding *pro se*. So that Plaintiff, and any other parties who may appear *pro se*, may be advised of essential requirements concerning this case, the Court ORDERS as follows:

1. Any litigant appearing *pro se* must keep the Court advised of his or her current address at all times. Such notice must be provided on a paper labeled "Notice of Change of Address" and must include the case number, the litigant's name, and the new address. Failure to promptly notify the Court of any change in address may result in dismissal of the case for lack of prosecution.

2. Plaintiff shall serve upon Defendant, and Defendant upon Plaintiff, or, if appearance by counsel has been entered, upon their respective counsel, copies of all further pleadings or documents submitted for the Court's consideration. All pleadings must include the case number at the top of the first page. *Pro se* litigants shall send the original of every pleading or document to the Clerk of this Court. Each submission shall include: (a) a copy of the pleading or document, and (b) a certificate of service stating the date a true copy of the

    pleading or document was sent to the opposing parties or counsel for such parties. No original pleading or document shall be sent directly to a Judge of this Court. Any paper or letter submitted directly to a Judge rather than to the Clerk will be disregarded by the Court.

3. Plaintiff has no counsel to assist in the discovery process. Attention is therefore directed to Federal Rule of Civil Procedure 26(a), which lists the various forms of discovery available in civil cases. *Pro se* litigants are responsible for actively pursuing this case, obtaining essential discovery, filing all necessary pleadings and motions, and otherwise complying with all Court orders and preparing the case for trial.

4. *Pro se* litigants, like all other litigants, must adhere to the Federal Rules of Civil Procedure and the Local Rules of the Southern District of Florida.

5. Finally, *pro se* litigants are hereby notified that they may complete and submit to the Clerk of Court a "Consent by Pro Se Litigant (Non-Prisoner) to receive NEFs" form, which can be found at https://www.flsd.uscourts.gov/forms/all-forms. If *pro se* litigants opt to do so, they will more quickly receive filings in this case via email.

**DONE and ORDERED** in Chambers at West Palm Beach, Palm Beach County, Florida, this 10th day of September 2025.

                                                                   WILLIAM MATTHEWMAN
                                                             Chief United States Magistrate Judge